# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-75-RJC

| | |
|---|---|
| JAMES DEAN EAKER, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| FRANKLIN STEELE et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on initial review of the pro se Plaintiff's Complaint, (Doc. No. 1), Plaintiff's Motion for Injunction Order, (Doc. No. 2), and Plaintiff's Motion for Production of Documents, (Doc. No. 4). In his Complaint, Plaintiff alleges that on January 23, 2008, Defendants assaulted and unlawfully restrained him in violation of the Eighth and Fourteenth Amendments .

The Prisoner Litigation Reform Act ("PLRA") makes clear that:

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Court records indicate that Plaintiff has filed at least two lawsuits in this Court, and one in the Middle District of North Carolina, all of which have been dismissed for failure to state a claim for relief. See (Case No. 3:11-cv-28, Doc. No. 6) (listing cases). In addition, on February 8, 2011, this Court dismissed, pursuant to the three-strikes provision of § 1915(g), an action filed by Plaintiff that was based on the same allegations forming the basis of the Complaint here. (Id.) This action, like the previous one filed by Plaintiff, is subject to

dismissal under § 1915(g). The Court finds that Plaintiff has not demonstrated that he is under imminent danger of serious physical injury and his Complaint is, therefore, dismissed pursuant to § 1915(g).

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED** pursuant to 28 U.S.C. § 1915(g);

(2) Plaintiff's Motion for Injunction Order, (Doc. No. 2), is **DENIED** as moot;

(3) Plaintiff's Motion for Production of Documents, (Doc. No. 4), is **DENIED** as moot.

Signed: February 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge