# United States District Court
## For The Western District of North Carolina
### Charlotte Division

James Dean Eaker,

              Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:12cv75

Franklin Steele, et al.,

              Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.


                    Signed: February 28, 2012

                    Frank G. Johns, Clerk
                    United States District Court